# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>FELIPE DOMINGUEZ-ALCARAZ,<br><br>Defendant | Case No.  20-CR-0053-CAB<br>**ORDER AND JUDGMENT GRANTING UNITED STATES' MOTION TO DISMISS** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the indictment shall be dismissed against Felipe Dominguez-Alcaraz without prejudice.

IT IS FURTHER ORDERED bond is exonerated. Defense Counsel shall prepare an order to disburse funds or release collateral.

IT IS SO ORDERED.

DATED: March 5, 2020

_____
HON. CATHY ANN BENCIVENGO
UNITED STATES DISTRICT JUDGE